Form 237

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Mark A. Graham** : | Case No. 14−22141−CMB |
| **Deborah J. Graham** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| Wilmington Savings Fund Society, FSB : | |
| *Movant,* : | Related to Claim No. 6 |
| : | |
| v. : | |
| Mark A. Graham, : | |
| Deborah J. Graham and : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |

### ORDER

    **AND NOW**, this **3rd day of March, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Wilmington Savings Fund Society, FSB* at Claim No. 6 in the above−captioned bankruptcy case,

    It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mark A. Graham  
Deborah J. Graham  
     Debtors

Case No. 14-22141-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Mar 03, 2017  
                  Form ID: 237     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.  
db/jdb      +Mark A. Graham,    Deborah J. Graham,    748 Shadyside Dr,    West Mifflin, PA 15122-3231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2017 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/aChristiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
         James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com, james.prostko@phelanhallinan.com  
         Lawrence W. Willis    on behalf of U.S. Trustee    Office of the United States Trustee help@urfreshstrt.com, urfreshstrt@gmail.com  
         Lawrence W. Willis    on behalf of Trustee Ronda J. Winnecour help@urfreshstrt.com, urfreshstrt@gmail.com  
         Lawrence W. Willis    on behalf of Joint Debtor Deborah J. Graham help@urfreshstrt.com, urfreshstrt@gmail.com  
         Lawrence W. Willis    on behalf of Debtor Mark A. Graham help@urfreshstrt.com, urfreshstrt@gmail.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                          TOTAL: 11