# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-22141-CMB |
| | : | |
| Mark A. Graham and | : | Chapter 13 |
| Deborah J. Graham, | : | |
|     Debtors | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated April 3, 2017 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated April 1, 2017* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated April 4, 2017             Executed by:   /s/ Lawrence W. Willis
                                                              Lawrence W. Willis, Esquire
                                                              Willis & Associates
                                                              201 Penn Center Blvd
                                                              Pittsburgh, PA 15235
                                                              Tel: 412.825.5170
                                                              Fax: 412.823.2375

MATRIX

Mark & Deborah Graham
748 Shadyside Drive
West Mifflin, PA 15122

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

AAS Debt Recovery
Po Box 129
Monroeville, PA 15146

AES/PHEAA-KEYCON
1200 N 7th ST
Harrisburg, PA 17102

Capital One
PO Box 30253
Salt Lake City, UT 84130

Capital One Auto Finance
PO Box 259407
Plano, TX 75025

Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130

COllection Service Center
250 Mt Lebanon Blv
West Mifflin, PA 15122

Collection Service Center
839 5th Avenue
New Kensington, PA 15068

Credit Management Co
681 Andersen Dr
Pittsburgh, PA 15220

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Fingerhut/Met Bank
6250 Ridgewood Rd
Saint Cloud, MN 56303

GE/ Care Credit
PO Box 965006
Orlando, FL 32896

GE/JC Penney
PO Box 965007
Orlando, FL 32896

GE/JC Penney
PO Box 965007
Orlando, FL 32896

Merrick Bank
P.O. Box 9201
Old Bethpage, NY 11804

State Collections SVC
PO Box 6250
Madison, WI 53701

US Bank National Association
7105 Corporate Drive
Plano, TX 75024