UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH DIVISION


IN RE:    DEBORAH J. GRAHAM                          Chapter 13
          MARK A. GRAHAM                             Case Number: 14-22141


**WITHDRAWAL OF PROOF OF CLAIM**


      Creditor, American InfoSource LP as agent for Spot Loan fka Zestcash, hereby withdraws its Proof of Claim, filed on 06/02/2014, marked as claim number 1 on the court's claims register, for the account number ending in 9067, and in the amount of $194.52.



Dated: 09/15/2017


                                                    /s/ Ashley Boswell

                                                    American InfoSource LP as agent for Spot
                                                    Loan fka Zestcash
                                                    PO Box 248838
                                                    Oklahoma City, OK  73124-8838



Reference Number: 4905571Withdraw

9067