Form 410

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Mark A. Graham**
**Deborah J. Graham**
  Debtor(s)

Bankruptcy Case No.: 14−22141−CMB

Chapter: 13
Docket No.: 83 − 82
Concil. Conf.: January 24, 2019 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 23, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 10, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 24, 2019** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 9, 2018

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 14-22141-CMB
Mark A. Graham                                                      Chapter 13
Deborah J. Graham
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: dsaw                  Page 1 of 2                  Date Rcvd: Oct 09, 2018
                              Form ID: 410                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
db/jdb         +Mark A. Graham,    Deborah J. Graham,    748 Shadyside Dr,    West Mifflin, PA 15122-3231
cr              American InfoSource LP as agent for Spot Loan fka,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX  75063)
13861468       +AAS Debt Recovery,    Po Box 129,    Monroeville, PA 15146-0129
13861470       +AES/PHEAA-KEYCON,    1200 N 7th ST,    Harrisburg, PA 17102-1419
13861480       +COllection Service Center,    250 Mt Lebanon Blv,    West Mifflin, PA 15234-1252
13861478       +Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
13861482       +Credit Management Co,    681 Andersen Dr,    Pittsburgh, PA 15220-2766
14116331        ECMC,    PO BOX 16408,    ST. PAUL MN 55116-0408
13947251       +Equitable Division Peoples Natural Gas Company LLC,    225 North Shore Drive,
                 Pittsburgh PA 15212-5860
13950196       +Level Financial LLC,    PO Box 3023,    Hutchinson, KS 67504-3023
13893285       +NATIONSTAR MORTGAGE, LLC,    C/O Weinstein, Pinson, & Riley, P.S.,
                 2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13887307       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13861491       +State Collections SVC,    PO Box 6250,    Madison, WI 53716-0250
13861492       +US Bank National Association,    7105 Corporate Drive,    Plano, TX 75024-4100
14401542        Wilmington Savings Fund Society, FSB,    P.O.Box 52708, Irvine, CA 92619-2707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 10 2018 03:15:29
                 Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2018 03:15:44
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 10 2018 03:15:16
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
13865064        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 10 2018 03:15:20
                 American InfoSource LP as agent for,    Spot Loan fka Zestcash,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13861477       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 10 2018 03:15:13      Capital One,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
13878066       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 10 2018 03:15:50
                 Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
                 Services d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13861479       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 10 2018 03:15:27      Capital One Bank,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
13861481        E-mail/Text: bankruptcy@firstenergycorp.com Oct 10 2018 03:10:32      Collection Service Center,
                 839 5th Avenue,    New Kensington, PA 15068-6303
13861485       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 10 2018 03:15:32      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
13945613       +E-mail/Text: kburkley@bernsteinlaw.com Oct 10 2018 03:10:53      Duquesne Light Company,
                 c/o Peter J. Ashcroft,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13861486       +E-mail/Text: bnc-bluestem@quantum3group.com Oct 10 2018 03:10:48      Fingerhut/Met Bank,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
13861487       +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2018 03:15:12      GE/ Care Credit,    PO Box 965006,
                 Orlando, FL 32896-5006
13861488       +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2018 03:15:12      GE/JC Penney,    PO Box 965007,
                 Orlando, FL 32896-5007
13951350        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 10 2018 03:15:18
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13951377        E-mail/Text: bkr@cardworks.com Oct 10 2018 03:09:48      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13861490       +E-mail/Text: bkr@cardworks.com Oct 10 2018 03:09:48      Merrick Bank,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
13951717       +E-mail/Text: csc.bankruptcy@amwater.com Oct 10 2018 03:11:01      PA American Water,
                 PO Box 578,    Alton, IL 62002-0578
13902562        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2018 03:15:15
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13893014        E-mail/PDF: rmscedi@recoverycorp.com Oct 10 2018 03:15:45
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13955359        E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2018 03:15:12      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0315-2          User: dsaw                 Page 2 of 2                  Date Rcvd: Oct 09, 2018
                              Form ID: 410               Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14318058        +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2018 03:15:40       Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                             TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC
cr              Wilmington Savings Fund Society, FSB, d/b/aChristi
cr*             ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408
13861469*      +AAS Debt Recovery,   Po Box 129,   Monroeville, PA 15146-0129
13861471*      +AES/PHEAA-KEYCON,    1200 N 7th ST,   Harrisburg, PA 17102-1419
13861472*      +AES/PHEAA-KEYCON,    1200 N 7th ST,   Harrisburg, PA 17102-1419
13861473*      +AES/PHEAA-KEYCON,    1200 N 7th ST,   Harrisburg, PA 17102-1419
13861474*      +AES/PHEAA-KEYCON,    1200 N 7th ST,   Harrisburg, PA 17102-1419
13861475*      +AES/PHEAA-KEYCON,    1200 N 7th ST,   Harrisburg, PA 17102-1419
13861476*      +AES/PHEAA-KEYCON,    1200 N 7th ST,   Harrisburg, PA 17102-1419
13861483*      +Credit Management Co,    681 Andersen Dr,    Pittsburgh, PA 15220-2766
13861484*      +Credit Management Co,    681 Andersen Dr,    Pittsburgh, PA 15220-2766
14116332*       ECMC,   PO BOX 16408,   ST. PAUL MN 55116-0408
13861489*      +GE/JC Penney,   PO Box 965007,   Orlando, FL 32896-5007
                                                                                         TOTALS: 3, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/aChristiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Lawrence W. Willis    on behalf of Joint Debtor Deborah J. Graham ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor Mark A. Graham ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of U.S. Trustee    Office of the United States Trustee
               ecf@westernpabankruptcy.com,    urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Trustee Ronda J. Winnecour ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 12
```