IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-22141-CMB |
| | : | |
| Mark A. Graham and | : | Chapter 13 |
| Deborah J. Graham, | : | |
| Debtors | : | |

**********************************************************

| | | |
|---|---|---|
| Mark A Graham and | : | |
| Deborah J. Graham, | : | |
| Movants | : | Related to Docket No. 87   & 91 |
| | : | |
| vs. | : | Hearing Date & Time: |
| | : | January 16, 2019 at 10:00 AM |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| (Chapter 13 Trustee) | : | |
| Respondent | : | |

## ORDER

AND NOW on this ____6th____ day of __December_____, 2018, it is hereby

ORDERED, ADJUDGED AND DECREED that the Amended Plan dated November 26, 2018 filed at Docket Number 87 is Withdrawn.

Carlota M. Böhm     dmk
Chief United States Bankruptcy Court Judge

FILED
12/6/18 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mark A. Graham  
Deborah J. Graham  
    Debtors

Case No. 14-22141-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 1      Date Rcvd: Dec 06, 2018  
                   Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.  
db/jdb      +Mark A. Graham,    Deborah J. Graham,    748 Shadyside Dr,    West Mifflin, PA 15122-3231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:

     Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com  
     James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
     James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/aChristiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
     James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com, james.prostko@phelanhallinan.com  
     Lawrence W. Willis    on behalf of U.S. Trustee    Office of the United States Trustee ecf@westernpabankruptcy.com, urfreshstrt@gmail.com  
     Lawrence W. Willis    on behalf of Trustee Ronda J. Winnecour ecf@westernpabankruptcy.com, urfreshstrt@gmail.com  
     Lawrence W. Willis    on behalf of Joint Debtor Deborah J. Graham ecf@westernpabankruptcy.com, urfreshstrt@gmail.com  
     Lawrence W. Willis    on behalf of Debtor Mark A. Graham ecf@westernpabankruptcy.com, urfreshstrt@gmail.com  
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
     Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
     S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
     TOTAL: 12