**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Case No. 14-22141-CMB |
|     Mark A. Graham and | : | |
|     Deborah J. Graham, | : | Chapter 13 |
|         Debtor | : | |
| | : | |
|     Mark A. Graham, | : | |
| | : | Related to Document No. 93 |
|         Movant | : | |
| | : | |
|     vs. | : | |
| | : | Hearing Date and Time: |
|     Noss Enterprise Inc. | : | January 16, 2019 at 10:00 AM |
|     2103 Noblestown Road | : | |
|     Pittsburgh, PA 15205 | : | |
|         Attn: Payroll Administrator | : | |
|         Respondent | : | |
| | : | |
|     and | : | Filed Under Local Bankruptcy |
| | : | Rule 9013.4 Para. 6(c) |
|     Ronda J. Winnecour, Trustee, | : | |
|         Additional Respondent | : | |
| | : | |
|     Social Security No. xxx-xx-9385 | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO TERMINATE WAGE ATTACHMENT FILED AT DOCKET NO. 93**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Terminate Wage Attachment filed on December 5, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 26, 2018.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>December 27, 2018</u>          By: <u>/s/ Lawrence Willis Esquire</u>
                                                                        Lawrence W Willis, Esquire
                                                                        PA I.D. # 85299
                                                                        Willis & Associates
                                                                        201 Penn Center Blvd
                                                                        Pittsburgh, PA 15235
                                                                        Tel: 412.235.1721
                                                                        Fax: 412.542.1704
                                                                        lawrencew@urfreshstrt.com
                                                                        Attorney for Debtors